UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>    Defendant. | Case No. 2:22-cv-01065-CDS-VCF<br><br>ORDER |

## I.   DISCUSSION

Plaintiff Ronald J. Allison, who was formerly detained at Clark County Detention Center, initiated this case by filing a civil rights complaint. (ECF No. 1-1.) Plaintiff did not file an application to proceed *in forma pauperis* or pay the $402 filing fee. Furthermore, according to Clark County Detention Center records, it appears that Plaintiff is no longer being detained. But Plaintiff has not filed an updated address with the Court.

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court and file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402. If Plaintiff does not update the Court with his current address, and file a complete application to proceed *in forma pauperis* or pay the $402 filing fee, within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS ___19th___ day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE